UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELILAH C. WRIGHT,

                Plaintiff,

-against-

ADMINISTRATION FOR CHILDREN'S SERVICES,

                Defendant.

23-CV-10524 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action, under the court's federal question jurisdiction, alleging that in 2022, the New York City Administration for Children's Services ("ACS") unlawfully removed her children from her custody. The Court dismisses the complaint without prejudice for the following reasons.

Plaintiff previously submitted to this court a substantially similar complaint against ACS, and other defendants, arising from the 2022 removal of her children, and related matters. That case is presently pending. *See Wright v. Admin. for Children's Svcs.*, ECF 1:23-CV-10381. As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 23-CV-10381.

## CONCLUSION

Plaintiff's complaint is dismissed as duplicative of No. 23-CV-10381.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   December 13, 2023
        New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge